# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **JAYSON ROGERS**, *Plaintiff*, v. **LIFEENERGY, LLC**, a Delaware limited liability company, and **JOHN DOE CORPORATION**, *Defendants*. | Case No.: 1:20-cv-642-SO<br><br>**JUDGE SOLOMON OLIVER, JR.**<br><br>NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i) |

Plaintiff Jayson Rogers hereby gives notice that the above captioned action is voluntarily dismissed, pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, with prejudice as to Plaintiff's individual claims, and without prejudice as to the claims of the uncertified putative class.

Respectfully submitted,

**JAYSON ROGERS**,

Dated: April 29, 2020

By: /s/Adam T. Savett
One of Plaintiff's Attorneys

**IT IS SO ORDERED.**
/s/ Solomon Oliver, Jr.
United States District Judge
4/29/2020

Adam T. Savett (VA73387)
**SAVETT LAW OFFICES LLC**
2764 Carole Lane
Allentown, Pennsylvania 18104
Telephone: (610) 621-4550
Facsimile: (610) 978-2970
E-mail: adam@savettlaw.com

*Attorneys for Plaintiff*